

# MANDATE
# The Fourteenth Court of Appeals

NO. 14-13-01145-CV

Katrina Hudson, Appellant

v.

Senior Living Properties, LLC, Appellee

Appealed from the 412th District Court of Brazoria County. (Tr. Ct. No. 71927). Memorandum Opinion delivered by Justice Donovan. Justices Christopher and Wise also participating.

**TO THE 412TH DISTRICT COURT OF BRAZORIA COUNTY, GREETINGS:**

Before our Court of Appeals on June 16, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellee, Senior Living Properties, LLC, signed November 27, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Katrina Hudson, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, August 28, 2015.



**CHRISTOPHER A. PRINE, CLERK**